custody, at which a new hearing can be held to determine what is for the best interests of the child at the time of the application.

■ In the Matter of the Estate of OSCAR BENJAMIN CINTAS Y RODRIGUEZ, Deceased. JAY H. SCHAFRANN, Appellant; CHASE MANHATTAN BANK et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to all parties appearing separately and filing briefs, payable out of the estate. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of the Probate of the Will of OSCAR B. CINTAS, Deceased. RAUL DE CARDENAS Y ECHARTE, as Successor Judicial Administrator Appointed in Cuba, Appellant; CHASE MANHATTAN BANK et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to all parties appearing separately and filing briefs, payable out of the estate. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of the Probate of the Will of OSCAR B. CINTAS, Deceased. RAUL DE CARDENAS Y ECHARTE, as Successor Judicial Administrator Appointed in Cuba, Appellant; CHASE MANHATTAN BANK et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to all parties appearing separately and filing briefs, payable out of the estate. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of the Probate of the Will of OSCAR B. CINTAS, Deceased. JOSEFINA TARAFA, Appellant; CHASE MANHATTAN BANK et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to all parties appearing separately and filing briefs, payable out of the estate. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of the Probate of the Will of OSCAR B. CINTAS, Deceased. JOSEFINA TARAFA, Appellant; CHASE MANHATTAN BANK, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to all parties appearing separately and filing briefs, payable out of the estate. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of the Estate of OSCAR B. CINTAS, Deceased. RAUL DE CARDENAS Y ECHARTE et al.; CHASE MANHATTAN BANK et al.— Motion to file additional evidence consisting of Exhibits A, B and C annexed to the moving papers granted. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ In the Matter of BASIL C. HACKETT, Appellant, against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York, Respondent.— Order entered in this article 78 proceeding, directing judgment on the merits in favor of respondent Police Commissioner and dismissing the petition, upon a trial ordered by Special Term, unanimously affirmed on the law and on the facts, without costs. The record made upon the trial amply supports and in fact strengthens the conclusion that must be drawn from the petition, answer and annexed documents — namely, that there were such discrepancies and lack of plausibility in petitioner's various accounts of the incident giving rise to this proceeding that the Police Commissioner had reasonable grounds for making his determination. In any event, he did not act arbitrarily and capriciously. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ SHERRY SHUFFMAN, Respondent, v. FREDERICK SHUFFMAN, Appellant. — Order made at Special Term unanimously modified on the facts and on the law, and in the exercise of discretion. The phrase "from Tuesday, October 13, 1959" in the last decretal paragraph is deleted and the words "from March 2, 1959" are substituted therefor. The award for support of the child should commence from the date of the entry of the interlocutory decree, in lieu of the sum previously fixed for alimony *pendente lite*. The amount in arrears, therefore, must be recomputed. On consent, the provision adjudging defendant in contempt is deleted. As so modified, the order is unanimously affirmed, with